In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-09-00241-CV


____________________



VERYL L. PINK (DECEASED) AND CHARLCIE PINK, INDIVIDUALLY AND


AS REPRESENTATIVE OF THE ESTATE OF VERYL L. PINK, Appellants



V.



GOODYEAR TIRE & RUBBER COMPANY, ET AL., Appellees 


 




On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-174,531






MEMORANDUM OPINION



 Appellants filed a motion to dismiss its appeal as to all but two of the appellees. The
motion is voluntarily made by the appellants prior to any decision of this Court. Tex. R. App.
P. 42.1(a)(1). We may dismiss an appeal unless disposition would prevent a party from
seeking relief to which it would otherwise be entitled. Id. A severable portion of the appeal
may be dismissed if the dismissal will not prejudice the remaining parties. Tex. R. App. P.
42.1(b). No party filed an objection to the motion.

 The motion to dismiss is granted. The appeal of Veryl L. Pink (Deceased) and
Charlcie Pink, Individually and as Representative of the Estate of Veryl L. Pink, is dismissed
as to E.I. du Pont de Nemours and Company, Chevron U.S.A., Inc., Texaco Inc., Chevron 
Phillips Chemical Company LP, Individually and as Successor to Chevron Chemical
Company, Huntsman Petrochemical Corporation, Shell Oil Company, ConocoPhillips
Company, Individually and f/k/a Phillips Petroleum Company, Huntsman Chemical
Company LLC, Successor in Interest to Huntsman Chemical Corporation. The appeal of
Veryl L. Pink (Deceased) and Charlcie Pink, Individually and as Representative of the Estate
of Veryl L. Pink as to Goodyear Tire & Rubber Company and Texaco Refining & Marketing,
Inc. remains before the Court and will proceed in due course as Veryl L. Pink (Deceased) and
Charlcie Pink, Individually and as Representative of the Estate of Veryl L. Pink v. Goodyear
Tire & Rubber Company and Texaco Refining & Marketing, Inc.

 APPEAL DISMISSED IN PART.


 

 _____________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered November 19, 2009


Before McKeithen, C.J., Gaultney and Horton, JJ.